```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND,
ANNUITY FUND, AND APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND, et al.,

                               **Petitioners,**                      **20-CV-3846 (VSB)(SN)**

        **-against-**                                         **ORDER**

**BILT NYC, INC.,**

                               **Respondent.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    On June 22, 2020, this case was referred to my docket for resolution of the Petition to Confirm Arbitration. See ECF No. 7. According to the docket, service was executed upon the respondent on July 20, 2020, and respondent's response was due August 10, 2020. To date, respondent has not appeared.

    Petitioner is therefore ORDERED to move for default or otherwise inform the Court how it intends to proceed with the prosecution of this case by no later than September 4, 2020.

**SO ORDERED.**

                                                                          _____
                                                                          SARAH NETBURN
                                                                          United States Magistrate Judge

DATED:      August 27, 2020
                New York, New York