**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP,
JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND,
et al.,

       Petitioners,    20 **CIVIL** 3846 (VSB) (SN)

  -against-        **JUDGMENT**

BILT NYG, INC.,
       Respondent.
-------------------------------------------------------------X

  It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 7, 2020, the Report and Recommendation is adopted in its entirety; the Petition is granted and the arbitration award is confirmed; Petitioners are awarded $39,068.74, with interest accrued at 6.75% per year from March 6, 2020—the date of the award—until the date of judgment in the amount of $2,001.34; Petitioners are also awarded $525 in attorney's fees, $70 in costs and service fees, and post-judgment interest in accordance with 28 U.S.C. § 1961(a); accordingly, this case is closed.

**Dated:** New York, New York
    December 8, 2020

            RUBY J. KRAJICK
            _____
            Clerk of Court
         BY: _____
            **Deputy Clerk**